# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>James F. Fitzgerald, III,<br>　　　　　Debtor | Chapter 13 |
| Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH3 Asset Backed Pass-Through Certificates, Series 2007-CH3,<br>　　　　　Movant,<br>vs.<br>James F. Fitzgerald, III,<br>　　　　　Debtor / Respondent,<br>and<br>William C. Miller,<br>　　　　　Trustee / Respondent. | Case No.: 11-15775-elf<br><br>Hearing Date: January 3, 2017<br>Time: 1:00 p.m.<br>Location: Courtroom #1 |

\* \* \* \* \* \* \*

## NOTICE OF HEARING AND RESPONSE DEADLINE
## REGARDING MOTION TO APPROVE LOAN MODIFICATION

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

　　　You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than December 18, 2016, (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding Judge as found on the Court's webpage at http://www.paeb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

　　　A hearing will be held on January 3, 2017, at 1:00 p.m. before Chief Judge Eric L. Frank in the Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date: December 1, 2016　　　　　　　　　　　　　　　　/s/Matthew C. Waldt, Esquire

Matthew C. Waldt, Esq.
mwaldt@milsteadlaw.com
Attorney ID No. 203308
1 East Stow Road
Marlton, NJ 08053
(856) 482-1400
Attorneys for Movant