# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    James F. Fitzgerald, III,<br>                  Debtor. | Chapter 13 |
| Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH3 Asset Backed Pass-Through Certificates, Series 2007-CH3,<br>                  Movant,<br>vs.<br>James F. Fitzgerald, III,<br>                  Debtor / Respondent,<br>and<br>William C. Miller,<br>                  Trustee / Respondent. | Case No.: 11-15775-elf |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION TO APPROVE LOAN MODIFICATION

      The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on 12/1/16, has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than 12/18/16.

      It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

                                  Respectfully submitted,
                                  MILSTEAD & ASSOCIATES, LLC

DATED:  December 20, 2016          /s/Matthew C. Waldt
                                  Matthew C. Waldt, Esquire
                                  Attorney ID No. 203308
                                  1 E. Stow Road
                                  Marlton, NJ 08053
                                  (856) 482-1400
                                  Attorneys for Movant