United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 11-15775-elf
James F Fitzgerald, III                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi          Page 1 of 1          Date Rcvd: Jan 05, 2017
                              Form ID: pdf900      Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 07, 2017.
db            +James F Fitzgerald, III,   209 Washington Ct.,   Collegeville, PA 19426-2237

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 5, 2017 at the address(es) listed below:
          JOANN  NEEDLEMAN    on behalf of Creditor    CAB East, LLC/Ford Credit Company
           jneedleman@clarkhill.com,   jgrabowski@clarkhill.com
          JOSEPH L QUINN    on behalf of Debtor James F Fitzgerald, III CourtNotices@sjr-law.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association, Et
           Al... bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          KEVIN T MCQUAIL    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE
           ecfmail@mwc-law.com
          KIMBERLY A. BONNER    on behalf of Creditor    Deutsche Bank National Trust Company
           amps@manleydeas.com
          KIMBERLY A. BONNER    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE
           amps@manleydeas.com
          MARISA MYERS COHEN    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE
           mcohen@mwc-law.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
           TRUSTEE mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
          STEPHEN J ROSS    on behalf of Debtor James F Fitzgerald, III CourtNotices@SJR-Law.com
          STEPHEN J ROSS    on behalf of Plaintiff James F Fitzgerald, III CourtNotices@SJR-Law.com
          THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, National Association, Et Al...
           tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER   ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                    TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                            :          **Chapter 13**
    **JAMES F FITZGERALD, III**      :
        **Debtor**                      :          **Bky. No.  11-15775 ELF**

# O R D E R

      **AND NOW,** upon consideration of the Motion to Approve Mortgage Modification ("the Motion") (Doc. # 90) filed by Deutsche Bank National Trust Company ("the Lender"), and after notice and hearing, and there being no objection thereto, it is hereby **ORDERED** that:

1.  The Motion is **GRANTED**.

2.  The Debtor is **AUTHORIZED** to enter into the loan modification transaction as set forth in the Motion and to the extent that relief from the automatic stay is necessary for the parties to enter into the transaction, such relief is **GRANTED** to the Lender.

3.  Except as provided in Paragraph 4 below, if applicable, the confirmed plan remains **IN FULL FORCE AND EFFECT** and **THE TRUSTEE MAY DISTRIBUTE THE PLAN PAYMENTS** as provided in the plan.

4.  If: (a) the confirmed chapter 13 plan provides for the cure of prepetition arrears under 11 U.S.C. §1322(b)(5) and (b) the loan modification provides for reinstatement of the loan account and the elimination of the pre-petition arrears, **THE TRUSTEE SHALL MAKE NO FURTHER DISTRIBUTION TO THE LENDER** on account of the Lender's claim for pre-petition arrears under the confirmed chapter 13 plan and shall distribute the plan payments in accordance with the other provisions of the confirmed plan.

**Date: January 5, 2017**

                        **ERIC L. FRANK**
                        **CHIEF U.S. BANKRUPTCY JUDGE**