United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 11-15775-elf
James F Fitzgerald, III                                                 Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 2          Date Rcvd: Jan 18, 2017
                              Form ID: pdf900         Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2017.
```
db            +James F Fitzgerald, III,    209 Washington Ct.,    Collegeville, PA 19426-2237
12496114      +Bca Financial Services,    18001 Old Cutler Rd Ste,    Palmetto Bay, FL 33157-6437
12496115      +Bridgette Fitzgerald,    431 Morgan Avenue,    Drexel Hill, PA 19026-3622
12499019       CAB EAST LLC/Ford Motor Credit,    c/o Joann Needleman, Esq,    Maurice & Needleman, P.C.,
                935 One Penn Center, 1617 JFK Blvd,    Philadelphia, PA 19103
12496120     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citibank Usa,    Citicorp Credit Services/Attn: Centraliz,
                Po Box 20507,    Kansas City, MO 64195)
12496116      +Central Credit Audit,    100 N 3rd St,    Sunbury, PA 17801-2367
12496117      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
12496118       Chase Home Finance,    PO Box 78420,    Phoenix, AZ 85062-8420
12496119      +Chase Mtg,    Po Box 24696,    Columbus, OH 43224-0696
12496121      +Collection Specialists,    335 Gordon Dr,    Lionville, PA 19341-1201
13583012      +Deutsche Bank National Trust Co.,    c/o Joshua I. Goldman, Esq.,    KML Law Group P.C.,
                701 Market St., Ste. 5000,    Phila., PA 19106-1541
12642497      +Deutsche Bank National Trust Co.,    c/o Margaret Gairo, Esq.,    123 S. Broad St., Ste. 2080,
                Phila., PA 19109-1031
13847090       Deutsche Bank National Trust Company, as Trustee,    c/o Select Portfolio Servicing, Inc.,
                P.O. Box 65250,    Salt Lake City, UT 84165-0250
12641915      +Deutsche Bank National Trust Company, as Trustee,    C/O JPMorgan Chase Bank, N.A.,
                3415 Vision Drive,    Dept OH4-7119,    Columbus, OH 43219-6009
12496122      +Eastern Account System,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
12496123    +++Excalibur Enterprises, Ltd.,    Rittenhouse Square Community Association,    360 West Main Street,
                Trappe, PA 19426-1942
12496124     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
              (address filed with court: Ford Motor Credit Corporation,    Ford Credit,    Po Box 6275,
                Deerborn, MI 48121)
13125094      +J.P. Morgan Mortgage Acquisition Trust,    Serviced by Select Portfolio Servicing,,
                3815 South West Temple,    Salt Lake City, UT 84115-4412
13839156      +JPMorgan Chase Bank N.A.,    c/o Thomas Puleo, Esq.,    KML Law Group P.C.,
                701 Market St., Ste. 5000,    Phila., PA 19106-1541
12878632       JPMorgan Chase Bank, N.A.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
                Rochester, MI  48308-0730
12496125      +Patricia Fitzgerald,    113 West Broadway Avenue,    Clifton Heights, PA 19018-2213
12649861      +Stephen J. Ross, Esq.,    Law Office of Stephen Ross, P.C.,    152 E. High St., Suite 100,
                Pottstown, PA 19464-5480
12603609       VERIZON,    PO BOX 3037,    BLOOMINGTON, IL  61702-3037
12496126      +Vacation Charters,    PO Box 547C,    Financial Dept,    Lake Harmony, PA 18624-0820
12496127      +Verizon Pen,    Verizon Wireless Department/Attn: Bankru,    Po Box 3397,
                Bloomington, IL 61702-3397
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Jan 19 2017 02:03:05     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 19 2017 02:02:43
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 19 2017 02:02:56     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 19 2017 02:07:37
                Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
                Houston, TX  77210-4457
12504178       E-mail/Text: ECF@SHERMETA.COM Jan 19 2017 02:02:52     JPMorgan Chase Bank, N.A.,
                c/o Shermeta, Adams & Von Allmen, P.C.,    P.O. Box 80908,    Rochester Hills, MI  48308-0908
13028089       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 19 2017 02:07:03     Midland Funding LLC,
                by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                Houston, TX  77210-4457
12564367       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 19 2017 02:25:00
                Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk VA 23541
                                                                                              TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Excalibur Enterprises, Ltd.,    Rittenhouse Square Community Association,    360 West Main Street,
                Trappe, PA 19426-1942
cr*           +JPMORGAN CHASE BANK, N.A.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
                Rochester, MI 48308-0730
cr           ##+SELECT PORTFOLIO SERVICING, INC, AS SERVICING AGEN,    3815 South West Temple,
                Salt Lake City, UT 84115-4412
12496128     ##+Victoria Fitzgerald,    401 S Narberth Avenue,    Apt 2D,    Narberth, PA 19072-2346
                                                                                 TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0313-2           User: Virginia              Page 2 of 2              Date Rcvd: Jan 18, 2017
                               Form ID: pdf900             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2017 at the address(es) listed below:
```
              JOANN  NEEDLEMAN    on behalf of Creditor    CAB East, LLC/Ford Credit Company
               jneedleman@clarkhill.com, jgrabowski@clarkhill.com
              JOSEPH L QUINN    on behalf of Debtor James F Fitzgerald, III CourtNotices@sjr-law.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association, Et
               Al... bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KEVIN T MCQUAIL    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE
               ecfmail@mwc-law.com
              KIMBERLY A. BONNER    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE
               amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    Deutsche Bank National Trust Company
               amps@manleydeas.com
              MARISA MYERS COHEN    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE
               mcohen@mwc-law.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
               TRUSTEE mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              STEPHEN J ROSS    on behalf of Debtor James F Fitzgerald, III CourtNotices@SJR-Law.com
              STEPHEN J ROSS    on behalf of Plaintiff James F Fitzgerald, III CourtNotices@SJR-Law.com
              THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, National Association, Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 13
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES F FITZGERALD III                    Chapter 13

            Debtor            Bankruptcy No. 11-15775-ELF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

    **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

**Date: January 18, 2017**  _____
                            Eric L. Frank
                            ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSEPH L QUINN
152 E HIGH ST
SUITE 100
POTTSTOWN, PA 19464-


Debtor:
JAMES F FITZGERALD III


209 WASHINGTON CT.
COLLEGEVILLE, PA 19426